IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| HEATHER, INC. D/B/A SUBWAY 527 CIVIL ACTION NO. 21-02914 & 25751; COUNTRY CLUB SUBS, LLC D/B/A SUBWAY 41537 AND LAKE STREET SUBS LLC D/B/A SUBWAY §§§§§§§ Plaintiff | CIVIL ACTION NO. 2:21-CV-02914 |

v.

AMERICAN FIRE & CASUALTY CO.
    Defendant

## NOTICE OF SETTLEMENT

TO THE HONORABLE JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE:

    Heather, Inc. and American Fire & Company through their undersigned counsel, notify the Court that all issues in this matter have been settled between the parties. All requirements for final settlement are expected to be completed within 45 days of this Notice and, within that time, the parties expect that Plaintiff will file with the Court a voluntary notice of dismissal with prejudice.

Dated: May 18, 2022

Respectfully submitted:

**THE BRASHER LAW FIRM, PLLC**

By: _____
Clint Brasher, Lead Attorney
Louisiana Bar No. 29540
Nishi Kothari
Louisiana Bar No. 39655
Joe Muckleroy
Louisiana Bar No. 30935
1122 Orleans Street
Beaumont, Texas 77701
Telephone:  409) 832-3737
Facsimile:  409) 832-3838
clint@brasherattorney.com
joe@brasherattorney.com
nishi@brasherattoney.com
Attorneys for the Plaintiff


*/s/ Catherine Fornias Giarrusso*
H. Minor Pipes, III, 24603
Catherine Fornias Giarrusso, 29875
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Facsimile: (504) 322-7520
mpipes@pipesmiles.com
cgiarrusso@pipesmiles.com
**Attorneys for American Fire & Casualty Company.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of May 2022 a copy of the foregoing has been served upon all counsel of record via email.

Catherine Farnias Giarrusso
Pipes, Miles, Beckman, LLC
1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163

                                          */s/ Nishi Kothari*
                                          Nishi Kothari